■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS RIVERA, Appellant. — Judgments, Supreme Court, New York County (G. Roberts, J.), both rendered on July 8, 1980, unanimously affirmed. Application by appel-

lant's counsel to withdraw as counsel is granted. (See *Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Sullivan, Markewich, Fein and Milonas, JJ.